FILED

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA    2011 SEP 15  A 11: 11

CIVIL ACTION NO.: 2011-9940   DIVISION " "         DOCKET
                                         DISTRICT COURT

NORRIS WELBORN

VERSUS                           SECTION 5

TEXTRON MARINE AND LAND, ET AL

FILED: _____    _____
                                      DEPUTY CLERK

### PETITION FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel comes, Plaintiff, NORRIS WELBORN an adult resident of New Orleans, Louisiana, who states that:

#### I.

Named Defendants herein are:

1.  Textron Marine and Land, an entity authorized to do and doing business in Orleans Parish, State of Louisiana

2.  DL Peterson Trust/Textron, Inc., an entity authorized to do and doing business in Orleans Parish, State of Louisiana

3.  Randall Bray, an adult resident of Pearl River, Louisiana. and

4.  Liberty Mutual Insurance Company

5.  National Railroad Passenger Corp. (hereinafter referred as "Amtrak").

#### II.

On or about April 20, 2011, Plaintiff, Norris Welborn (hereinafter "Welborn") was a passenger aboard an Amtrak Train, the Amtrak Crescent, traveling from New Orleans to various cities on the East Coast.

#### III.

On or about April 20, 2011, the Amtrak Crescent was approaching Amtrak's Slidell depot at the Cleveland Avenue crossing.

#### IV.

On or about April 20, 2011, Defendant Randall Bray, in the course and scope of his employment for defendant, Textron Marine and Land and/or defendant, DL Peterson Trust/Textron,



**EXHIBIT**

"A"

Inc. was operating a tractor/trailer owned and/or operated by defendant Textron Marine and Land and/or DL Peterson Trust/Textron, Inc. that he was driving to the Textron plant in Slidell, Louisiana.

## V.

As the Amtrak Crescent approached the Cleveland Avenue crossing, suddenly and without warning, Defendant, Bray drove across the tracks at Cleveland Avenue in such close proximity to the Amtrak Crescent that the train could not avoid striking defendant, Bray's vehicle.

## VI.

As a result of the collision resulting in impact, plaintiff was thrown from his seat aboard the train, sustaining severe and disabling injuries to his body, including but not limited to his neck and back.

## VII.

At all times material herein, Defendant Liberty Mutual Insurance Company was the liability carrier of defendant, Textron Marine and Land and/or DL Peterson Trust/Textron, Inc. and/or Randall Bray.

## VIII.

The accident of April 20, 2011, occurred as a result of the negligence of the defendants Textron Marine and Land and/or DL Peterson Trust/Textron, Inc. and/or Randall Bray in the following, non-exclusive particulars:

    (1)    Failing to see what should have been seen;

    (2)    Failing to operate their vehicle in a reasonably safe manner;

    (3)    Failing to be properly attentive while operating their vehicle;

    (4)    Disregarding traffic controls;

    (5)    Proceeding in an unsafe manner;

    (6)    Crossing the railroad tracks in the path of the approaching train;

    (7)    Disregarding the warning whistle of the approaching train; and

    (8)    Other acts of negligence that will be shown at the trial of this matter.

## IX.

The accident of April 20, 2011, occurred as a result of the negligence of the defendant Amtrak in the following, non-exclusive particulars:

    (1)    Proceeding at an excessive or unsafe speed;

(2)     Failing to sound a timely warning or whistle;

(3)     Failing to keep a proper lookout;

4)     Other acts of negligence that will be shown at the trial of this matter.

FILED

2011 SEP 15  A 11: 11

CIVIL
DISTRICT COURT

## X.

WHEREFORE, Plaintiff, **NORRIS WELBORN**, prays that judgment be entered against

the Defendants, Textron Marine and Land, DL Peterson Trust/Textron, Inc., Randall Bray, Liberty

Mutual Insurance Company and/or Amtrak, condemning Defendants herein to pay Plaintiff,

NORRIS WELBORN, reasonable damages, and for all costs of the proceedings.

Plaintiff further prays for trial by Jury.

Respectfully submitted,

**UNGAR & BYRNE**

EVETTE E. UNGAR (#29013)
GEORGE W. BYRNE, JR. (#3744)
CHERYL L. WILD (#28805)
650 Poydras St., Suite 2005
New Orleans, Louisiana 70130
T: (504) 566-1616
F: (504) 566-1652
E-Mail: georgewbyrnejr@ungarlawyers.com
**Attorney for Plaintiff,** *Norris Welborn*

**PLEASE SERVE:**

**TEXTRON MARINE AND LAND**
Through Agent For Service of Process
Charles Bongard
Director of Contracts & Legal of Textron
1010 Gause Blvd.
Slidell, LA 70458

**DL PETERSON TRUST/TEXTRON, INC.**
Through Agent For Service of Process
Charles Bongard
Director of Contracts & Legal of Textron
1010 Gause Blvd.
Slidell, LA 70458

**RANDALL BRAY**
39592 Cherry Lane
Pearl River, LA 70452

**LIBERTY MUTUAL INSURANCE COMPANY**
Through Their Agent for Service of Process
The Louisiana Secretary of State
Honorable J. Thomas "Tom" Schedler
8585 Archives Ave.
Baton Rouge, LA 70809

**SERVICE CONTINUED NEXT PAGE**

**NATIONAL RAILROAD PASSENGER CORP.**
Through Their Agent For Service of Process
Secretary of Amtrack
Eleanor Acheson
60 Massachusetts Avenue Northeast
Washington DC 20002